NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1513

### INEOS FLUOR LTD., INEOS FLUOR AMERICAS, LLC and INEOS FLUOR HOLDINGS LTD.,

Appellants,

v.

### INTERNATIONAL TRADE COMMISSION,

Appellee,

and

### SINOCHEM MODERN ENVIRONMENTAL PROTECTION CHEMICALS (XI'AN) CO. LTD., SINOCHEM ENVIRONMENTAL PROTECTION CHEMICALS (TAICANG) CO., LTD., SINOCHEM NINGBO LTD., and SINOCHEM (U.S.A.) INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-623.

ON MOTION

## O R D E R

The appellee and intervenors move for a 30-day extension of time, until May 19, 2010, to file their responsive briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Paul F. Brinkman, Esq.
      Paul M. Bartkowski, Esq.
      Thomas J. Wimbiscus, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2010

JAN HORBALY
CLERK